# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOMAREY PATTERSON,<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>DCFS TRACY HARRINGTON, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:15-cv-02007-JCM-NJK<br><br>ORDER<br><br>(Docket No. 5) |

Concurrently herewith, the Court is issuing orders granting Plaintiff's application to proceed *in forma pauperis* and dismissing Plaintiff's complaint with leave to amend. Also pending before the Court is Plaintiff's motion for a "cease and desist order." *See* Docket No. 5. The precise relief sought through that motion is not clear. Nonetheless, the pending motion is **DENIED** without prejudice in light of the procedural posture of this case.[1] In the event Plaintiff is found to have stated a viable claim in an amended complaint, he may renew the instant request for relief.

IT IS SO ORDERED.

DATED: January 28, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The motion is also **DENIED** because it was not properly signed as required by the rules of this Court. *See, e.g.*, Fed. R. Civ. P. 11(a). The Court will not recognize a thumb print as a proper signature. *See* Docket No. 5 at 3:26. All future filings by Plaintiff must include a signature.