**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAREY PATTERSON, ) | |
|                      Plaintiff(s), ) | Case No. 2:15-cv-02007-JCM-NJK |
| vs. ) | REPORT AND RECOMMENDATION |
| DCFS TRACY HARRINGTON, et al., ) | |
|                      Defendant(s). ) | |

Plaintiff is proceeding in this action *pro se*. Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 7. The Court found that Plaintiff's complaint was deficient in several ways. *Id.* at 2-3. On January 28, 2016, the Court dismissed Plaintiff's complaint and granted Plaintiff leave to amend the complaint, requiring that an amended complaint be filed no later than February 29, 2016. *Id.* at 3. The Court indicated that "**[f]ailure to comply with this order will result in the recommended dismissal of this case**." *Id*. (emphasis in original). To date, the Court has not received an amended complaint or any request to extend the deadline for filing one.

Accordingly, **IT IS THE RECOMMENDATION** of the undersigned United States Magistrate Judge that this case be **DISMISSED** without prejudice.

IT IS SO ORDERED.

DATED: March 9, 2016

                                                                                     NANCY J. KOPPE
                                                                                      United States Magistrate Judge

1 **NOTICE**

2    Pursuant to Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing
3 and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts
4 of appeal may determine that an appeal has been waived due to the failure to file objections within the
5 specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file
6 objections within the specified time and (2) failure to properly address and brief the objectionable issues
7 waives the right to appeal the District Court's order and/or appeal factual issues from the order of the
8 District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*,
9 708 F.2d 452, 454 (9th Cir. 1983).